# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACQUETA EDWARDS-CANTREL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-13-1185-M |
| | ) |
| STANDARD FIRE INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

## ADMINISTRATIVE CLOSING ORDER

On the representation from counsel for the parties, that the parties have reached a settlement and compromise, it is ordered that the Clerk administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within <u>30 days</u> of this date for the purpose of dismissal pursuant to the settlement compromise, Plaintiff's action shall be deemed to be dismissed with prejudice.

**IT IS SO ORDERED** this 30th day of September, 2014.

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE