UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)   JACQUETA EDWARDS-CANTREL, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>1)   STANDARD FIRE INSURANCE CO., a foreign insurance company<br><br>              Defendant. | Case No. CIV-13-1185-M |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, Jacqueta Edwards-Cantrel and Standard Fire Insurance Co., and pursuant to Fed. R. Civ. P. 41 jointly stipulate that this case is dismissed with prejudice.

Dated this 12th day of November, 2014.

Respectfully submitted,

*J. Drew Houghton, OBA #18080*
J. DREW HOUGHTON, OBA #18080
Foshee & Yaffe Law Firm
P.O. Box 890420
Oklahoma City, Oklahoma 73189
Telephone:   405/232-8080
Facsimile:   405/601-1103
         and
PHILLIP N. SANOV, Esq.
Merlin Law Group
Three Riverway, Suite 701
Houston, Texas 77056
Telephone:   713/626-8880
Facsimile:   713/626-8881
*Attorneys for Plaintiff*

*C. Eric Pfanstiel, OBA #16712*
R. STRATTON TAYLOR, OBA #10142
Email: staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
Email: ddowns@soonerlaw.com
C. ERIC PFANSTIEL, OBA #16712
Email: epfanstiel@soonerlaw.com
Taylor, Foster, Mallett, Downs, Ramsey & Russell
400 West Fourth Street
P.O. Box 309
Claremore, Oklahoma 74018
Telephone:   918/343-4100
Facsimile:   918/343-4900
*Attorneys for Defendant*